IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| EDITH V. BEASLEY,          )<br>                            )<br>                            )<br>     Plaintiff,            )<br>v.                          )<br>                            )<br>KING AMERICA FINISHING, INC.,)<br>MICHAEL ALBERT BEASLEY and )<br>WESTEX HOLDING COMPANY,   )<br>                            )<br>     Defendants.           ) | Civil Action No.<br>6:12-cv-00071-LGW-GRS |

## ORDER

Before the Court is Plaintiff's Motion to Stay All Deadlines and Proceedings in this case, including but not limited to Plaintiff's Response to Defendant Beasley's Motion to Dismiss, pending Remand determination.

Having reviewed Plaintiff's Motion, to which Defendants have no objection, and for good cause shown, Plaintiff's Motion is hereby GRANTED.

*Order on Motion to Stay, 6:12-cv-00071-LGW-GRS, Page 1 of 2*



PLAINTIFF'S EXHIBIT A

IT IS ORDERED AND ADJUDGED that all deadlines and proceedings in this case are stayed pending the determination of Plaintiffs' Motion to Remand.

SO ORDERED THIS  12TH  DAY OF  September , 2012.

Magistrate  _____
Judge, United States District Court
Southern District of Georgia